RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 0 6 2026

DANIEL J. McCOY, CLERK

BY:_____

hunterb

OTC

5:26-cv-2364

to Hornsby (or whomever)

This ~~#~~ 3-page document was obtained via discovery process; & is therefore privledged per protective order, you have already made most of this public & so it seems reasonable that this is no longer part of the "protected documents" —

Under seal only because Walmart provided — otherwise public.

Hunter B.
6 (July) 2026